1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MEXICALI, INC. dba MEXICALI RESTAURANT,<br><br>　　　　　Defendant. | No. 1:16-cv-00309-AWI-JLT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS; [PROPOSED] ORDER**<br><br>(Doc. 7) |

1  **WHEREAS,** Plaintiff Arthur Owens ("Plaintiff"), by and through his attorney of record,
2  and Defendant Mexicali, Inc. dba Mexicali Restaurant ("Defendant," and together with
3  Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a
4  stipulation granting Defendant to and including April 27, 2016 to file a responsive pleading in
5  this matter (Dkt. 9);

6  **WHEREAS,** Plaintiff and Defendant are engaged in settlement negotiations and are
7  hopeful that a settlement can be reached informally, and desire to conserve attorney's fees
8  which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
10 that Defendant may have to and including May 11, 2016 to file a responsive pleading in this
11 matter. This extension of time does not alter the date of any event or any deadline already fixed
12 by Court order.

14 Date: April 29, 2016                             MOORE LAW FIRM, P.C.

16                                                 */s/ Tanya E. Moore*
                                                   Tanya E. Moore
17                                                 Attorney for Plaintiff
                                                   Arthur Owens

20 Date: April 29, 2016                             GIGLIOTTI & GIGLIOTTI LLP

22                                                 */s/ Joseph Gigliotti*
                                                   Joseph Gigliotti
23                                                 Attorney for Defendant
                                                   Mexicali, Inc. dba Mexicali Restaurant

STIPULATION FOR EXTENSION OF TIME; [~~PROPOSED~~] ORDER

Page 2

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Mexicali, Inc. dba Mexicali Restaurant, shall have to and including May 11, 2016 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **April 29, 2016**                                  /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE