# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | ) Case No. 1:16-cv-00309 AWI  JLT |
| Plaintiff, | ) **ORDER AFTER NOTICE OF** |
| vs. | ) **SETTLEMENT** |
| MEXICALI, INC. dba MEXICALI RESTAURANT., | ) **(Doc. 9)** |
| Defendant. | ) |

On May 5, 2016, Plaintiff notified the Court he has settled the matter.  (Doc. 9)  He reports the parties will complete the settlement document by June 6, 2016. Id.  Thus, the Court **ORDERS**:

1. The parties **SHALL** file their stipulated dismissal no later than **June 6, 2016**;

2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

Dated:   **May 9, 2016**                             **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE